UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **In Re:** ) <br> ) <br> ) <br> **Payless ShoeSource, Inc.** ) <br> ) <br> ) <br> ) <br> **Debtor.** ) <br> ) | **CHAPTER 11** <br><br> **Case No. 17-42257** |

NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS

  PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., as landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

    Simon Property Group, Inc.
    Attn: Ronald M. Tucker, Esq.
    225 West Washington Street
    Indianapolis, Indiana 46204

  PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

    Respectfully submitted

     /s/Ronald M. Tucker
    Ronald M. Tucker, Esq., Attorney for
    Simon Property Group, Inc. and its related entities
    IN 11428-49
    (317) 263-2346
    (317) 263-7901 (FAX)
    E-mail address: rtucker@simon.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served this 4th day of April, 2017 via ECF Noticing to the parties of record.

                                               By:    */s/Ronald M. Tucker*
                                                       Ronald M. Tucker, Esq.

| Debtor | represented | Steven N. Cousins |
|---|---|---|
| Payless ShoeSource, Inc. | by | Armstrong, Teasdale LLP |
| 3231 Southeast Sixth Avenue | | 7700 Forsyth Blvd, Suite 1800 |
| Topeka, KS 66607-2207 | | St. Louis, MO 63105 |
| SHAWNEE-KS | | (314) 621-5070 |
| Tax ID / EIN: 48-0674097 | | Email: scousins@armstrongteasdale.com |

U.S. Trustee
Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102
(314) 539-2976