UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 17-42257 |
| | ) |
| PAYLESS HOLDINGS LLC, *et al.*,[1] | ) CHAPTER 11 |
| | ) |
| Debtors. | ) (Joint Administration Requested) |

ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE

COMES NOW Mark V. Bossi of the law firm of Thompson Coburn LLP and hereby enters his appearance on behalf of Wells Fargo Bank, National Association., a secured creditor and party-in-interest herein. The undersigned requests that he be placed on the mailing matrix in the above case and be made a "special notice party" in the case. Further, pursuant to Bankruptcy Rule 2002(g), the undersigned hereby requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon the undersigned attorney.

Respectfully submitted,

THOMPSON COBURN LLP

By /s/ *Mark V. Bossi*
Mark V. Bossi, #37008MO
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
mbossi@thompsoncoburn.com

Attorneys for Wells Fargo Bank, National Association

---

[1] The Debtors (as defined herein) in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Payless Holdings LLC [5704]; Payless Intermediate Holdings LLC [N/A]; WBG - PSS Holdings LLC [N/A]; Payless Inc. [3160]; Payless Finance, Inc. [2101]; Collective Brands Services, Inc. [7266]; PSS Delaware Company 4, Inc. [1466]; Shoe Sourcing, Inc. [4075]; Payless ShoeSource, Inc. [4097]; Eastborough, Inc. [2803]; Payless Purchasing Services, Inc. [3043]; Payless ShoeSource Merchandising, Inc. [0946]; Payless Gold Value CO, Inc. [3581]; Payless ShoeSource Distribution, Inc. [0944]; Payless ShoeSource Worldwide, Inc. [6884]; Payless NYC, Inc. [4126]; Payless ShoeSource of Puerto Rico, Inc. [9017]; Payless Collective GP, LLC [N/A]; Collective Licensing, LP [1256]; Collective Licensing International LLC [5451]; Clinch, LLC [9836]; Collective Brands Franchising Services, LLC [3636]; Payless International Franchising, LLC [6448]; Collective Brands Logistics, Limited [6466]; Dynamic Assets Limited [1978];PSS Canada, Inc. [4969]; Payless ShoeSource Canada Inc. [4180]; Payless ShoeSource Canada GP Inc. [4182] and Payless ShoeSource Canada LP [4179]. The location of Debtor Payless Holdings LLC's corporate headquarters and the Debtors' service address is: c/o Payless ShoeSource Inc. 3231 SE 6th Avenue Topeka, KS 66607 United States.

6537619