UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-42257 |
| PAYLESS SHOESOURCE, INC. | § | |
| DEBTORS(S), | § | CHAPTER 11 |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

| | | |
|---|---|---|
| **NAVARRO COUNTY** | **LAMAR CAD** | **ELLIS COUNTY** |
| **TARRANT COUNTY** | **ALLEN ISD** | **DALLAS COUNTY** |
| **LEWISVILLE ISD** | **GREGG COUNTY** | |

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

### Certificate of Service

I do hereby certify that on ___4th___ day of ___April___,2017, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

Steven N. Cousins
Armstrong, Teasdale LLP
7700 Forsyth Blvd, Suite 1800
St. Louis, MO 63105

TRUSTTE KANSAS
4801 MAIN STREET SUITE 1000
KANSAS CITY, KS 64112

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone: (214) 880-0089
Facsimile: (469) 221-5003
Email: dallas.bankruptcy@publicans.com

By: _E. Weller_
Elizabeth Weller
SBN: 00785514 TX