IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE: ) | |
| ) | |
| PAYLESS SHOESOURCE, INC. ) | Case No. 17-42257 |
| ) | Chapter 11 |
| Debtor. ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Austin B. Hayden of McNeilePappas PC, and hereby enters his appearance on behalf of *GOLDEN PACIFIC LXJ INC.*, a creditor of the above-captioned debtor. Pursuant to the Bankruptcy Rules all pleadings, motions, notices, orders and documents filed in this case which are required or requested to be served on *GOLDEN PACIFIC LXJ INC.* should be served upon its counsel at the below address.

Submitted by,

**MCNEILEPAPPAS PC**

/s/ Austin B. Hayden
Austin B. Hayden      63872MO
7500 W. 110th St., Suite 110
Overland Park, Kansas 66210
PH: (913) 491-4050
FX: (913) 491-3059
ahayden@cmplaw.net
*ATTORNEY FOR CREDITOR*
*GOLDEN PACIFIC LXJ INC.*

### CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing was sent electronically by e-mail on April 4, 2017, to all parties receiving electronic notification.

/s/ Austin B. Hayden
Austin B. Hayden     #63872MO